# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160870

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MICHIGAN OPEN CARRY, INC.,
        Plaintiff-Appellant,

v                                                    SC: 160870
                                                     COA: 348487
                                                     Court of Claims: 18-000087-MZ

DEPARTMENT OF STATE POLICE,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the December 17, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



Clerk

s0622